UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

WILLIAM J. ALFANO,                    )
                                      )
                Plaintiff,            )
                                      )     NO. CV-07-239-CI
        v.                            )
                                      )
MICHAEL J. ASTRUE,                    )     **JUDGMENT IN A**
Commissioner of Social Security,      )     **CIVIL CASE**
                                      )
                Defendant.            )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for an immediate award of benefits.  Defendant's Motion for Summary Judgment dismissal is **DENIED**.  Judgment is entered for Plaintiff.

DATED this 31st day of March, 2008.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk